**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AHIARA DEVELOPMENT GROUP USA INC., <br> Plaintiff, <br><br> v. <br><br> C.H. ROBINSON d/b/a FREIGHTQUOTE.COM and TFORCE FREIGHT, INC., <br> Defendants. | § § § § § § § § § § § § § |

Civil Action No.:4:22-cv-104

**NOTICE OF REMOVAL**

TForce Freight, Inc. ("TForce Freight" or "Defendant"), a federally authorized motor carrier of goods in interstate commerce being licensed by the Federal Motor Carrier Safety Administration and pursuant to 28 U.S.C. § 1331 and 49 U.S.C. § 14706 hereby gives notice of the removal of this cause of action to the United States District Court for the Southern District of Texas.

Defendant states the following as grounds for removal.

1.   On or about November 24, 2021, Plaintiff commenced this action by filing an Amended Small Claims Petition in the Justice Court, Harris County, Texas, joining TForce Freight as a Defendant seeking $20,268.89 in damages. The case was styled *Ahaira Development Group USA Inc. v. C.H. Robinson d/b/a Freightquote.com and TForce Freight, Inc.*, bearing Case No.: 215100280983. See Exhibit "A," attached hereto a true and accurate copy of Plaintiff's Amended Small Claims Petition and attachments thereto.

2.   Defendant was not served with the Amended Small Claims Petition until December 13, 2021, which was the first notice Defendant TForce Freight had of the existence of this lawsuit.

**BACKGROUND**

3. Plaintiff's Amended Small Claims Petition seeks damages in the amount of $20,268.89. See Exhibit "A," Plaintiff's Amended Small Claims Petition and attachments thereto.

4. The Amended Small Claims Petition is based on allegations of loss of freight transported in interstate commerce from Missouri to Texas. See Exhibit "A," Plaintiff's Amended Small Claims Petition and attachments thereto.

5. The somewhat vague Amended Small Claims Petition generally alleges Defendant, TForce Freight, misplaced freight in transit in interstate commerce and/or otherwise failed to deliver the subject freight. See Exhibit "A," Plaintiff's Amended Small Claims Petition and attachments thereto.

6. Nevertheless, the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, is the sole and exclusive cause of action created by the United States Congress to address allegations of cargo loss transported in interstate commerce. Thus, the Amended Small Claims Petition on its face asserts a cause of action "arising under" federal law.

7. The allegations against Defendant, TForce Freight, for cargo loss while in transport in interstate commerce are exclusively governed by federal law, namely the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706.

## BASIS FOR FEDERAL COURT ORIGINAL JURISDICTION

8. Plaintiff's claims of cargo loss of property shipped in interstate commerce are governed exclusively by federal law, i.e., the Carmack Amendment to the Interstate Commerce Act. See 49 U.S.C. § 14706.

9. Pursuant to 28 U.S.C. § 1331, federal courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

10. The Amended Small Claims Petition makes allegations governed exclusively by federal law for loss of property transported in interstate commerce by Defendant as a federally authorized common motor carrier.

11. Thus, the Plaintiff made the Amended Small Claims Petition subject to federal law by pleading allegations exclusively governed by federal law. The Carmack Amendment is federal law which exclusively governs the case, and the Complaint is therefore removable to the Federal Court.

12. Because this action is governed exclusively by federal law, i.e., the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, which, of course, is an Act of Congress, this Court has original jurisdiction over the claims alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331.

13. Moreover, because the amount alleged in the Complaint is greater than $10,000.00, the matter is also subject to removal pursuant to 28 U.S.C. § 1337(a).

**PROPRIETY OF REMOVAL**

14. This Notice of Removal is timely filed because it is filed within thirty (30) days of Defendant's receipt of the Amended Small Claims Petition, in accordance with 28 U.S.C. § 1446(b).

15. This Court has original jurisdiction of this matter under 28 U.S.C. §§ 1331 and 1337(a).

16. This matter is subject to removal pursuant to 28 U.S.C. § 1441.

17. Removal of this matter is not barred by 28 U.S.C. § 1445.

18. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto as Exhibit "A," a true and accurate copy of Plaintiff's Amended Small Claims Petition. The copy of the State Court

record, which consists of the Summons and Complaint is attached hereto and is being filed contemporaneous with this Notice of Removal.

19. Pursuant to 28 U.S.C. § 1446 (b)(2)(A), the Co-Defendant, C.H. Robinson d/b/a Freightquote.com, through its legal counsel, Chris Ugarte, Esq., has given its consent to the Removal of this case to the United States District Court for the Southern District of Texas.

20. Pursuant to 28 U.S.C. § 1446(a) and (d), Defendant will promptly file a copy of this Notice of Removal with the Clerk, Justice Court, Harris County, Texas, will further provide prompt notice to all parties and also will file proof of service of all notices and filings with the Clerk of the United States District Court for the Southern District of Texas.

**WHEREFORE**, Defendant, TForce Freight removes the above-captioned action from the Clerk, Justice Court, Harris County, Texas to the United States District Court for the Southern District of Texas.

Respectfully submitted,

_S/ Eric R. Benton_____
Eric R. Benton
Attorney-in-Charge
SBN:  00797890
Federal ID: 20751
2900 North Loop West, Suite 500
Houston, Texas 77092
Telephone:  (713) 868-5560
Facsimile:  (713) 864-46713
E-Mail: erb@lorancethompson.com
***Attorney for Defendants***

641772.1 PLD 0002893 22003 ERB

# CERTIFICATE OF SERVICE

I certify the foregoing has been filed and served on this 11th day of January 2022 upon the following via either CM/ECF and/or the U.S. Mail:

Ahiara Development Group USA Inc.
9888 Bissonnet Street
Suite # 630
Houston, Texas 77036
Attn: Tobias G. Ogu
Plaintiff, *pro se*

C.H. Robinson
c/o Truck Process Agents Of America, Inc.
International Border Trucking Compliance Service, Inc.
1519 Wyoming
El Paso, Texas 79902

                                         *S/ Eric R. Benton*
                                         Eric R. Benton